IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FRANK GUERRY,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, in his individual capacity; FRANK HOPKINS, in his individual capacity; et al.,<br><br>Defendants. | 4:17CV3047<br><br>MEMORANDUM<br>AND ORDER |

Before the court is Defendants' motion to extend their deadline to file a responsive pleading in this matter until 14 days after the court resolves the pending removal and consolidation issues that include this case and Case No. 8:15CV323. ([Filing No. 8](#).) Upon consideration,

IT IS THEREFORE ORDERED that: Defendants' motion ([Filing No. 8](#)) is granted. All named defendants shall have until 14 days after the court resolves the pending removal and consolidation issues to file a responsive pleading in this matter.

Dated this 13th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge