IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FRANK GUERRY,<br><br>            Plaintiff,<br><br>     vs.<br><br>SCOTT FRAKES, Director; BRIAN GAGE, Warden; GUIFFRE, Case Worker; and THOMPSON, Case Worker;<br><br>            Defendants.<br>_____ | **8:15CV323**<br><br><br><br><br>**MEMORANDUM AND ORDER** |
| BRIAN FRANK GUERRY,<br><br>            Plaintiff,<br><br>     vs.<br><br>SCOTT FRAKES, in his individual capacity; FRANK HOPKINS, in his individual capacity; BRIAN GAGE, in his individual capacity; et al.,<br><br>            Defendants. | **4:17CV3047**<br><br><br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff Brian Frank Guerry's Motion to Reconsider Medical Care Claims. ([Filing No. 83](#), Case No. 8:15CV323; [Filing No. 23](#), Case No. 4:17CV3047)

IT IS ORDERED that: Plaintiff's Motion ([Filing No. 83](#), Case No. 8:15CV323; [Filing No. 23](#), Case No. 4:17CV3047) is denied.

Dated this 7th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge