IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FRANK GUERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director; BRIAN GAGE, Warden; GUIFFRE, Case Worker; and THOMPSON, Case Worker;<br><br>      Defendants.<br>_____<br>BRIAN FRANK GUERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, in his individual capacity; FRANK HOPKINS, in his individual capacity; BRIAN GAGE, in his individual capacity; et al.,<br><br>      Defendants. | **8:15CV323**<br><br><br><br>**MEMORANDUM<br>AND ORDER**<br><br><br><br><br>**4:17CV3047**<br><br><br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on case management. On October 3, 2017, all of the defendants, excluding Andrew King, filed an Answer in Case No. 4:17CV3047 (Filing No. 40) and moved for summary judgment in these

consolidated cases (Filing No. 88, Case No. 8:15CV323; Filing No. 41, Case No. 4:17CV3047). On October 10, 2017, Andrew King filed an Answer and joined in the pending summary judgment motion filed on behalf of all other defendants. (Filing Nos. 45, 46, Case No. 4:17CV3047.) Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff Brian Frank Guerry shall have until **November 13, 2017**, to file any response to Defendants' pending summary judgment motion (Filing No. 88, Case No. 8:15CV323; Filing No. 41, Case No. 4:17CV3047).

2. The clerk's office is directed to set a pro se case management deadline using the following text: **November 13, 2017**: check for Guerry's response to Defendants' summary judgment motion.

Dated this 12th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
