IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN FRANK GUERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director; BRIAN GAGE, Warden; GUIFFRE, Case Worker; and THOMPSON, Case Worker;<br><br>      Defendants. | **8:15CV323**<br><br>**MEMORANDUM AND ORDER** |
| BRIAN FRANK GUERRY,<br><br>      Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, in his individual capacity; FRANK HOPKINS, in his individual capacity; BRIAN GAGE, in his individual capacity; et al.;<br><br>      Defendants. | **4:17CV3047**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Plaintiff's Motion for Appointment of Counsel on appeal. ([Filing No. 117](), Case No. 8:15CV323; [Filing No. 72](), Case No. 4:17CV3047.) Plaintiff's motion should be addressed to the Eighth Circuit Court of Appeals. Accordingly,

      IT IS ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel (filing no. 117, Case No. 8:15CV323; filing no. 72, Case No. 4:17CV3047) is denied without prejudice to reassertion before the Eighth Circuit.

2. The clerk's office is directed to send a copy of this order to the Eighth Circuit Court of Appeals.

Dated this 30th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge